UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 3:20-CV-00502-TJC-JBT

JOHN A. MONTESANTI, individually, and
On behalf of all others similarly situated,

      Plaintiffs,
vs.

SALLIE MAE BANK,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, Sallie Mae Bank, and Plaintiff John A. Montesanti, by their undersigned attorneys, (jointly, the "Parties"), hereby notify the Court that the Parties have reached an agreement to resolve all pending claims in this litigation. The Parties have finalized the settlement agreement and thereby request that this case be dismissed and closed by the Court.

Dated:  March 12, 2021

      Respectfully Submitted,

| | |
|---|---|
| **SULAIMAN LAW GROUP, LTD** | **GREENBERG TRAURIG, P.A.** |
| 2500 S. Highland Avenue | 401 East Las Olas Boulevard |
| Suite 200 | Suite 2000 |
| Lombard, IL 60148 | Fort Lauderdale, FL 33301 |
| Telephone:    (630)575-8181 | Telephone:    (954)-765-0500 |
| Facsimile    (630)575-8188 | Facsimile:    (954) 765-1477 |
| | |
| /s/     *Alexander Taylor* | /s/ *Michele L. Stocker* |
| **ALEXANDER J. TAYLOR, ESQ.** | **MICHELE L. STOCKER, ESQ.** |
| Florida Bar No. 1013947 | Florida Bar No. 0044105 |
| ataylor@sulaimanlaw.com | stockerm@gtlaw.com |
| Counsel for Plaintiff | *Attorney for Defendant* |

ACTIVE 51724862v1

1