UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 3:20-CV-00502-TJC-JBT

JOHN A. MONTESANTI, individually, and
On behalf of all others similarly situated,

       Plaintiffs,
vs.

SALLIE MAE BANK,

       Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

JOHN A. MONTESANTI, individually and SALLIE MAE BANK by and through their undersigned counsel, hereby stipulate and jointly move the Court to dismiss this Action with prejudice, with each party hereto to bear its own attorneys' fees and costs.

A proposed form of Order is submitted herewith.

Dated:  March 23, 2021                                            Respectfully Submitted,

| | |
|---|---|
| **SULAIMAN LAW GROUP, LTD** | **GREENBERG TRAURIG, P.A.** |
| 2500 S. Highland Avenue | 401 East Las Olas Boulevard |
| Suite 200 | Suite 2000 |
| Lombard, IL 60148 | Fort Lauderdale, FL 33301 |
| Telephone:    (630)575-8181 | Telephone:    (954)-765-0500 |
| Facsimile:    (630)575-8188 | Facsimile:    (954) 765-1477 |
| | |
| */s/ Alexander J.  Taylor* | */s/ Michele L. Stocker* |
| **ALEXANDER J. TAYLOR, ESQ.** | **MICHELE L. STOCKER, ESQ.** |
| Florida Bar No. 1013947 | Florida Bar No. 0044105 |
| ataylor@sulaimanlaw.com | stockerm@gtlaw.com |
| Counsel for Plaintiff | *Attorney for Defendant* |

*ACTIVE 56073698v1*

1