# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JOHN A. MONTESANTI, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.                                    Case No. 3:20-cv-502-TJC-JBT

SALLIE MAE BANK,

    Defendant.

## **O R D E R**

Upon review of the parties' Joint Stipulation for Dismissal (Doc. 17), filed on March 23, 2021, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of March, 2021.



*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record